RICHARD I. DREITZER
Nevada Bar No. 6626
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Fax: (702) 597-5503
rdreitzer@foxrothschild.com
*Attorneys for Receivables Performance Management*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GRAY,<br><br>            Plaintiff,<br><br>     v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT,<br><br>            Defendants. | CASE NO: 2:10-cv-01240-GMN-LRL<br><br>SUBSTITUTION OF ATTORNEYS |

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

The law firm of FOX ROTHSCHILD hereby substitutes in the place and stead of BULLIVANT HOUSER BAILEY, PC as attorneys for record for Receivables Performance Management.

DATED this 3rd day of May, 2011.

FOX ROTHSCHILD, LLP

By: _____
RICHARD I. DREITZER
Nevada Bar No. 6626
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

VG1 84294v1 05/03/11

Page 1 of 2

1   Defendant, Retrieval Masters Credit Bureau, Inc., hereby consents to the substitution of
2   the law firm of FOX ROTHSCHILD, LLP as its attorneys of record in the above-entitled action
3   in the place and stead of the law firm of BULLIVANT HOUSER BAILEY, PC.
4   DATED this 6 day of May, 2011.

**RECEIVABLES PERFORMANCE MANAGEMENT**

By: _____
MICHAEL SOHNS
On behalf of Receivables Performance Management.

13   The law firm BULLIVANT HOUSER BAILEY, PC, hereby consents to the substitution
14   of the law firm of FOX ROTHSCHILD, LLP as attorneys of record in the above-entitled action
15   on behalf of Defendant Receivables Performance Management.

BULLIVANT HOUSER BAILEY, PC

By: _____
ANDREW DOWNS, ESQ.
3883 Howard Hughes Pkwy., Ste 550
Las Vegas, Nevada 89169
Las Vegas, Nevada 89169

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

VG1 84294v1 05/04/11

Page 2 of 2

1  Defendant, Retrieval Masters Credit Bureau, Inc., hereby consents to the substitution of
2  the law firm of FOX ROTHSCHILD, LLP as its attorneys of record in the above-entitled action
3  in the place and stead of the law firm of BULLIVANT HOUSER BAILEY, PC.

4  DATED this _____ day of May, 2011.

5

6  RECEIVABLES PERFORMANCE
   MANAGEMENT
7

8  By: _____
9  MICHAEL SOHNS
   On behalf of Receivables Performance
10 Management.

11

12

13 The law firm BULLIVANT HOUSER BAILEY, PC, hereby consents to the substitution
14 of the law firm of FOX ROTHSCHILD, LLP as attorneys of record in the above-entitled action
15 on behalf of Defendant Receivables Performance Management.

16

17  BULLIVANT HOUSER BAILEY, PC

18

19  By: _____
    ANDREW DOWNS, ESQ.
20  3883 Howard Hughes Pkwy., Ste 550
    Las Vegas, Nevada 89169
21  Las Vegas, Nevada  89169

22  IT IS SO ORDERED.

23  _____
    UNITED STATES MAGISTRATE JUDGE
24  DATED: _____5-16-11_____

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

VG1 84294v1 05/04/11

Page 2 of 2